[979 NYS2d 914]

BROWN & BROWN, INC., et al., Respondents-Appellants, v THERESA A. JOHNSON et al., Appellants-Respondents. (Appeal No. 2.)

Fourth Department, February 7, 2014

**APPEARANCES OF COUNSEL**

*Phillips Lytle LLP*, Buffalo (*Preston L. Zarlock* of counsel), for defendants.

*Ward Greenberg Heller & Reidy LLP*, Rochester, and *Littler Mendelson, P.C.*, New York City (*David S. Warner* of counsel), for plaintiffs.

**OPINION OF THE COURT**

WHALEN, J.

Same opinion by WHALEN, J., as in *Brown & Brown, Inc. v Johnson* ([appeal No. 1] 115 AD3d 162 [2014]).

FAHEY, J.P., PERADOTTO, LINDLEY and SCONIERS, JJ., concur.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.